**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6983**

_____

CHRISTOPHER JAMES FORDHAM,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; GARY T. DIXON; LYNN C.
PHILLIPS; RANDALL LEE; RICHARD T. DUKE, JR.;
R. JONES; GRADY MASSEY; SERGEANT NOWELL;
SERGEANT MILES; SERGEANT MILLS; CORRECTIONAL
OFFICER BIGGS; CORRECTIONAL OFFICER HINES;
CORRECTIONAL OFFICER WILLS; CORRECTIONAL
OFFICER WHITTED; ALTON ANDERSON, Doctor; ANN
EMERY; F. GARDNER; C. BARROW; P. HARDING;
C. CLARKE; S. LYNCH; WILLIAM TURNER; JIMMY
COOPER; R. ROBINSON; W. MCWILLIAMS; KIM
IRELAND; DANIEL MARINGOFF; BERT ROSEFIELD;
DEBORAH ADLES; TASHIMA HARRIS; DANETTE WEBB,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-97-385-5-BO)

_____

Submitted: December 11, 1997      Decided: December 30, 1997

_____

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

Christopher James Fordham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Fordham v. Freeman, No. CA-97-385-5-BO (E.D.N.C. June 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2